1  ADRIENNE C. PUBLICOVER (SBN: 161432)
   BETH A. FRUECHTENICHT (SBN: 208847)
2  WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
3  650 California Street, 14th Floor
   San Francisco, California 94108-2718
4  Telephone:   (415) 433-0990
   Facsimile:   (415) 434-1370
5
   Attorneys for Plaintiff,                         *E-FILED ON 11/29/05*
6  AMERICAN GENERAL LIFE
   INSURANCE COMPANY
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
   AMERICAN GENERAL LIFE          )  Case No.: C-05-02418 (HRL)
11 INSURANCE COMPANY              )
                                  )  **STIPULATION AND ORDER FOR ENTRY**
12                                )  **OF JUDGMENT**
              Plaintiff,          )
13                                )
        v.                        )
14                                )
   ROBERT RUEY-CHIH TANG, an individual, )
15 and PHAN B. TRAN, an individual, and DOES )
   1 – 50, inclusive.             )
16                                )
              Defendants.         )
17 _____

18
       IT IS HEREBY STIPULATED, by and between plaintiff AMERICAN GENERAL LIFE
19
   AND ACCIDENT INSURANCE COMPANY (hereinafter referred to as "American General") and
20
   defendants ROBERT RUEY-CHIH TANG and PHAN B. TRAN as follows:
21
22      1.      That this Court may enter a stipulated judgment in interpleader in the form attached

23 hereto and marked as Exhibit A;

24      2.      That, by reason of the death of Vanessa Ly Tran on or about November 17, 2004, the

25 sum of One Hundred Five Thousand Nine Hundred Ten Dollars and Fifty Cents ($105,910.50)

26 ("Benefit Proceeds") became payable pursuant to flexible variable life insurance contract, No.
27
   VM0002344V, with an effective date of December 27, 2002, on the life of Vanessa Ly Tran
28

**STIPULATION AND ORDER FOR ENTRY OF JUDGMENT**
                                                        **CASE NO.: C-05-2418 (HRL)**

172747.1

("Policy");

3. That defendants Robert Ruey-Chih Tang and Phan B. Tran each claim entitlement to some or all of the Benefit Proceeds and that, to date, no other person or entity currently makes claim to American General for the Benefit Proceeds;

4. That American General was ready, willing, and able to deliver the benefits to the person(s) legally entitled thereto. However, by reason of actual and potential conflicting claims to the Benefit Proceeds, American General did not know and was unable to determine the person(s) legally entitled to them;

5. That American General properly filed its complaint in interpleader on or about June 15, 2005, and that this is a proper cause for interpleader;

6. That concurrently with the filing of its complaint in interpleader, American General deposited with the clerk of this Court the Benefit Proceeds, totaling One Hundred Five Thousand Nine Hundred Ten Dollars and Fifty Cents ($105,910.50), which represents the insurance proceeds payable under the Policy, plus accrued interest;

7. That, having deposited the monies with the Clerk of the Court on or about June 15, 2005, American General, its successors, affiliates, parent corporation, officers and agents are fully and forever released, discharged, and acquitted from any liability of any kind or nature whatsoever under the Policy or by reason of the death of Vanessa Ly Tran as to any and all claims, charges, demands, or otherwise that exist or may arise at any time in the future;

8. That defendants Robert Ruey-Chih Tang and Phan B. Tran are permanently enjoined from instituting or prosecuting any proceeding in any state or United States court against American General, its successors, affiliates, parent corporation, officers and agents with respect to the Benefit Proceeds due under the Policy;

9. That defendants Robert Ruey-Chih Tang and Phan B. Tran acknowledge and agree

2

1  that American General has not made any representations regarding the legal or tax consequences of

2  any payments to be made pursuant to this Stipulation; and

3     10.   That American General is dismissed from this action without cost to any party.

4

5  Date: September 27, 2005            WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                       DICKER LLP
6

7

8                                      By: /s/
9                                      ADRIENNE C. PUBLICOVER
                                       BETH A. FRUECHTENICHT
10                                     Attorneys for The American General Insurance
                                       Company
11

12
   Dated: September ___, 2005          ROPERS, MAJESKI, KOHN, BENTLEY
13

14
                                       By:_____
15                                     MARK BONINO
                                       Attorneys for Defendant Robert Ruey-Chih Tang
16

17
   Dated: September 26, 2005           LAW OFFICE OF PATRICK STANDIFER
18

19

20                                     By: /s/
                                       PATRICK STANDIFER
21                                     Attorneys for Defendant Phan B. Tran

22

23

24

25

26

27

28                                              3
                       **STIPULATION AND ORDER FOR ENTRY OF JUDGMENT**
                                                           **CASE NO.: C-05-2418 (HRL)**
   172747.1

1 | that American General has not made any representations regarding the legal or tax consequences of
2 | any payments to be made pursuant to this Stipulation; and
3 |         10.    That American General is dismissed from this action without cost to any party.

5 | Date: September ___, 2005                WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                              DICKER LLP

9 |                                           By:_____
                                              ADRIENNE C. PUBLICOVER
                                              BETH A. FRUECHTENICHT
10|                                           Attorneys for The American General Insurance
                                              Company

12|
13| Dated: September 27, 2005                ROPERS, MAJESKI, KOHN, BENTLEY

14|                                           By:_____
15|                                           MARK BONINO
                                              Attorneys for Defendant Robert Ruey-Chih Tang

18| Dated: September ___, 2005               LAW OFFICE OF PATRICK STANDIFER

20|                                           By:_____
                                              PATRICK STANDIFER
21|                                           Attorneys for Defendant Phan B. Tran

28|                                           3
                         STIPULATION AND ORDER FOR ENTRY OF JUDGMENT
                                                        CASE NO.: C-05-2418 (HRL)
172747.1

**ORDER**

IT IS SO ORDERED.

Dated: November 29, 2005

/s/ Howard R. Lloyd
The Honorable Howard R. Lloyd
Magistrate Judge of the U.S. District Court