ADRIENNE C. PUBLICOVER (SBN: 161432)
BETH A. FRUECHTENICHT (SBN: 208847)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
650 California Street, 14th Floor
San Francisco, California 94108-2718
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Plaintiff,
AMERICAN GENERAL LIFE
INSURANCE COMPANY

**\*E-FILED ON 11/29/05\***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY<br><br>            Plaintiff,<br><br>      v.<br><br>ROBERT RUEY-CHIH TANG, an individual, and PHAN B. TRAN, an individual, and DOES 1 – 50, inclusive.<br><br>            Defendants. | Case No.: C-05-02418 (HRL)<br><br>**STIPULATED JUDGMENT IN INTERPLEADER** |

Upon reading the Stipulation and Order for Entry of Judgment in Interpleader and it appearing that plaintiff AMERICAN GENERAL LIFE AND ACCIDENT INSURANCE COMPANY (hereinafter referred to as "American General") has brought this complaint in interpleader, that this Court has jurisdiction of the parties and of the subject herein, and that good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**:

1. That American General properly filed its complaint interpleader and that this is a proper cause for interpleader;

2.       That, by reason of the death of Vanessa Ly Tran on or about November 17, 2004 the

sum of One Hundred Five Thousand Nine Hundred Ten Dollars and Fifty Cents ($105,910.50) ("Benefit Proceeds") became payable pursuant to flexible variable life insurance contract, No. VM0002344V, with an effective date of December 27, 2002, on the life of Vanessa Ly Tran ("Policy");

3. That defendants Robert Ruey-Chih Tang and Phan B. Tran each claim entitlement to some or all of the Benefit Proceeds and that, to date, no other person or entity currently makes claim to American General for the Benefit Proceeds;

4. That American General was ready, willing, and able to deliver the benefits to the person(s) legally entitled thereto.  However, by reason of actual and potential conflicting claims to the Benefit Proceeds, American General did not know and was unable to determine the person(s) legally entitled to them;

5. That American General properly filed its complaint in interpleader on or about June 15, 2005, and that this is a proper cause for interpleader;

6. That concurrently with the filing of its complaint in interpleader, American General deposited with the clerk of this Court the Benefit Proceeds, totaling One Hundred Five Thousand Nine Hundred Ten Dollars and Fifty Cents ($105,910.50), which represents the insurance proceeds payable under the Policy, plus accrued interest;

7. That, having deposited the monies with the Clerk of the Court on or about June 15, 2005, American General, its successors, affiliates, parent corporation, officers and agents are fully and forever released, discharged, and acquitted from any liability of any kind or nature whatsoever under the Policy or by reason of the death of the insured decedent as to any and all claims, charges, demands, or otherwise that exist or may arise at any time in the future;

8. That defendants Robert Ruey-Chih Tang and Phan B. Tran are permanently enjoined from instituting or prosecuting any proceeding in any state or United States court against American

1   General, its successors, affiliates, parent corporation, officers and agents with respect to the Benefit

2   Proceeds due under the Policy;

3       9.    That defendants Robert Ruey-Chih Tang and Phan B. Tran acknowledge and agree

4   that American General has not made any representations regarding the legal or tax consequences of

5   any payments to be made pursuant to this Stipulation; and

6       10.    That American General is dismissed from this action without cost to any party and

7   all parties are to bear their own costs and fees.

Dated: November 29, 2005

/s/ Howard R. Lloyd
The Honorable Howard R. Lloyd
Magistrate Judge of the U.S. District Court

3
**STIPULATED JUDGMENT IN INTERPLEADER**
**CASE NO.: C-05-2418 (HRL)**

172748.1