1  MARK G. BONINO (SBN 70215)
   ROPERS, MAJESKI, KOHN & BENTLEY
2  80 North First Street
   San Jose, CA  95113
3  Telephone:    (408) 287-6262
   Facsimile:    (408) 918-4501
4
   Attorneys for Defendant          *E-FILED ON 1/17/06*
5  ROBERT RUEY-CHIH TANG

6

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 AMERICAN GENERAL LIFE              CASE NO.  C05-02418HRL
   INSURANCE COMPANY,
12                                    **STIPULATION AND ORDER
              Plaintiff,              TRANSFERRING INTERPLEADED
13                                    FUNDS AND DISMISSING THE
   v.                                 INTERPLEADER ACTION**
14
   ROBERT RUEY-CHIH TANG, an          Date:     January 17, 2006
15 individual, and PHAN B. TRAN, an   Time:     1:30 p.m.
   individual, and DOES 1-50, inclusive,  Place: Courtroom 2
16                                    Magistrate Judge Howard R. Lloyd
              Defendants.
17

18         This court having issued a Judgment in favor of American General Life Insurance

19 Company, plaintiff-in-interpleader, dismissing that company from this action, and defendants

20 Robert Tang and Phan Tran, having reached an agreement regarding the disposition of the

21 interpleaded funds, the defendants (the only remaining parties in this action) Robert Tang and

22 Phan B. Tran, through their counsel of record, hereby stipulate as follows:

23         The funds on deposit in Case No. 05-02418HRL shall be transferred to the Law Offices of

24 Ropers, Majeski, Kohn & Bentley to be held in an interest-bearing trust account pending the

25 resolution in Santa Clara County Superior Court Action No. 1-05-PR-156469, of the disputes

26 between Phan Tran, the Estate of Vanessa Tran, The Vanessa Tran Trust, and Robert Tang.  The

27 funds shall then be distributed from said trust account in accordance with the agreement or court

28 resolution in Santa Clara County Action No. 1-05-PR-156469 of those disputes.  On transfer of

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

the funds to the trust account held by Ropers, Majeski, Kohn & Bentley, the above-entitled action will be dismissed as to Robert Tang and Phan Tran without prejudice. Said dismissal will constitute the final judgment in this action.

Dated: Jan. 17, 2006

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Mark G. Bonino
Mark G. Bonino
Attorneys for Defendant
Robert Tang

Dated: _____, 2006

LAW OFFICES OF PATRICK E. STANDIFER

By: _____
Patrick E. Standifer
Attorneys for Defendant
PHAN B. TRAN

### ORDER TRANSFERRING FUNDS AND DISMISSING ACTION

The parties having agreed to a resolution of the instant action, and good cause appearing therefor:

IT IS HEREBY ORDERED that the funds on deposit as a result of the instant action ($105,910.50), deposited June 15, 2005, representing the insurance proceeds payable under American General Life Insurance Company, Contract No. BM0002344V, plus accrued interest, shall be transferred by the Clerk of this Court to Ropers, Majeski, Kohn & Bentley, in trust, for Robert Tang and Phan B. Tran. Said funds are to be placed in an interest-bearing account and not to be distributed by Ropers, Majeski, Kohn & Bentley until an agreement is reached between Robert Tang and Phan B. Tran, or the matter between Robert Tang and Phan B. Tran with regard to the proceeds of the American General policy is otherwise resolved in Santa Clara Action No. 1-05-PR-156469.

the funds to the trust account held by Ropers, Majeski, Kohn & Bentley, the above-entitled action will be dismissed as to Robert Tang and Phan Tran without prejudice. Said dismissal will constitute the final judgment in this action.

Dated: _____, 2006         ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
Mark G. Bonino
Attorneys for Defendant
Robert Tang

Dated: Jan 16, 2006         LAW OFFICES OF PATRICK E. STANDIFER

By: _____
Patrick E. Standifer
Attorneys for Defendant
PHAN B. TRAN

## ORDER TRANSFERRING FUNDS AND DISMISSING ACTION

The parties having agreed to a resolution of the instant action, and good cause appearing therefor:

IT IS HEREBY ORDERED that the funds on deposit as a result of the instant action ($105,910.50), deposited June 15, 2005, representing the insurance proceeds payable under American General Life Insurance Company, Contract No. BM0002344V, plus accrued interest, shall be transferred by the Clerk of this Court to Ropers, Majeski, Kohn & Bentley, in trust, for Robert Tang and Phan B. Tran. Said funds are to be placed in an interest-bearing account and not to be distributed by Ropers, Majeski, Kohn & Bentley until an agreement is reached between Robert Tang and Phan B. Tran, or the matter between Robert Tang and Phan B. Tran with regard to the proceeds of the American General policy is otherwise resolved in Santa Clara Action No. 1-05-PR-156469.

| | |
|---|---|
| | transfer of the funds to the trust account held by Ropers, Majesky, Kohn & Bentley, |
| 1 | IT IS FURTHER ORDERED that on ~~distribution of the interpleaded funds,~~ the |
| 2 | interpleader action herein shall be dismissed, without prejudice. |

Dated: ____January 17____, 2006

                                              /s/ Howard R. Lloyd  
                                              Howard R. Lloyd  
                                              U. S. ~~District~~ Magistrate Judge